**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

In the Matter of the Seizure of
(address or brief description of property to be seized)

| | |
|---|---|
| **The contents of two First Premier Bank accounts and one certificate of deposit.** | **APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT** CASE NUMBER: 09-2503 JKB |

M. Lisa Ward, Special Agent, United States Immigration and Customs Enforcement, being duly sworn deposes and says:

I have reason to believe that there is now certain property in Sioux Falls, South Dakota, and elsewhere, which is the subject of forfeiture to the United States, namely (describe property to be seized):

```
the contents of First Premier Settlement account 170138-0125 in
the name of Electracash Inc., First Premier account 170138-0117
in the name of Electracash Reserve, and Certificate of Deposit
number 170007-2148, and located in Sioux Falls, South Dakota,
```

which is (state one or more bases for seizure under the U.S. Code)

forfeitable pursuant to 18 U.S.C. sections 981(a)(1)(C) and 1955(d) because it constitutes the proceeds of an illegal gambling business and is forfeitable pursuant to 18 U.S.C. section 981(a)(1)(A) because it was involved in money laundering transactions made in violation of 18 U.S.C. section 1956(a)(2)(A).

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached Affidavit.

_/s/ M. Lisa Ward_
M. Lisa Ward
Special Agent, United States Immigration and Customs Enforcement

Sworn to before me, and subscribed in my presence on (Date) July 20, 2009 at Baltimore, Maryland.

_/s/ James K. Bredar_
Honorable James K. Bredar
United States Magistrate Judge